IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADILSON DE OLIVEIRA, individually and on behalf of all other persons similarly situated who were employed by E ANDRE CONSTRUCTION SERVICES INC., aka E ANDRE CONSTRUCTION SERVICES, LLC, MEKY PAYROLL SERVICES, and/or any other entities affiliated with, controlling, or controlled by E ANDRE CONSTRUCTION SERVICES INC., aka E ANDRE CONSTRUCTION SERVICES, LLC, MEKY PAYROLL SERVICES, EDWARD ANDRE, individually, and ELANA MATOS, Individually,<br><br>    Plaintiff,<br><br>vs.<br><br>E ANDRE CONSTRUCTION SERVICES INC., aka E ANDRE CONSTRUCTION SERVICES, LLC, MEKY PAYROLL SERVICES, and/or any other entities affiliated with, controlling, or controlled by E ANDRE CONSTRUCTION SERVICES INC., aka E ANDRE CONSTRUCTION SERVICES, LLC, MEKY PAYROLL SERVICES, EDWARD ANDRE, individually, and ELANA MATOS, individually,<br><br>    Defendants. | Civil Action No.: 3:22-cv-06330 |

**PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew Glenn, Esq. sworn to on September 13, 2024, and all exhibits attached thereto, along with the memorandum of law in support, the undersigned will respectfully move the United States District Court for the District of New Jersey, located at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street Trenton, NJ 08608, before the Honorable Tonianne J. Bongiovanni, U.S.M.J., on September 18, 2024, at 11:00 a.m., for Plaintiffs' unopposed motion for an Order to (1) approve the settlement as fair, reasonable, and adequate for both Rule 23 Class Members and FLSA

Collective Members, (2) bind all Rule 23 and FLSA Class Members who have not timely opted in to the Action as set forth in the Stipulation and Settlement and Release Agreement, (3) award Class Counsel attorneys' fees and costs in the amount equal to $215,000.00, (4) award service awards to Named Plaintiff Adilson De Oliveira and Class Representative Rafael Diaz, and (5) dismiss the litigation with prejudice against Defendants pending the full payment of the Final Settlement Amount.

Dated: September 13, 2024

                                                                                Respectfully Submitted,

                                                                                Jaffe Glenn Law Group, P.A.
                                                                                */s/Andrew I. Glenn, Esq.*
                                                                                aglenn@jaffeglenn.com
                                                                                Jodi J. Jaffe, Esq.
                                                                                jjaffe@jaffeglenn.com
                                                                                300 Carnegie Center, Suite 150
                                                                                Princeton, NJ 08540
                                                                                Tel: (201 687-9977
                                                                                *Attorneys for Plaintiffs and the Settlement Class*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2024, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, via CM/ECF.

/s/ Andrew I. Glenn
Andrew I. Glenn, Esq.

SERVICE LIST

Littler Mendelson, P.C.
Lauren J. Marcus, Esq.
One Newark Center, 8th Floor
Newark, NJ 07102
Tel: (973) 848-4700
lmarcus@littler.com

Dimitrios T. Markos, Esq.
One Newark Center, 8th Floor
Newark, NJ 07102
Tel: (973) 848-4700
dmarkos@littler.com
*Attorneys for Defendants*